NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BESTWAY (USA), INC.,**
*Appellant*

**v.**

**INTEX RECREATION CORP.,**
*Appellee*

---

2020-2200

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00454.

---

## JUDGMENT

---

JOHN S. ARTZ, Dickinson Wright PLLC, Ann Arbor, MI, argued for appellant. Also represented by STEVEN A. CALOIARO, Reno, NV.

R. TREVOR CARTER, Faegre Drinker Biddle & Reath LLP, Indianapolis, IN, argued for appellee. Also represented by REID E. DODGE, DANIEL M. LECHLEITER, ANDREW M. MCCOY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, NEWMAN and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 7, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court